UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND C. WATKINS,<br><br>  Plaintiff,<br><br>  v.<br><br>TUOLUMNE COUNTY JAIL, et al.,<br><br>  Defendants. | 1:18-cv-01148 JLT (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br>(Doc. 2)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY TUOLUMNE COUNTY JAIL |

    Plaintiff has requested leave to proceed in forma pauperis. Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Tuolumne County Jail is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

    In accordance with the above and good cause appearing therefore, the Court **ORDERS**:

    1. Plaintiff's application to proceed in forma pauperis is GRANTED;

    **2. The Tuolumne County Jail or his designee shall collect payments from plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and shall forward those payments to**

**the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis application on the Tuolumne County Jail, at 175 Yaney Avenue, Sonora, CA 95370.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

5. Within 60 days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, if plaintiff has not already done so.

IT IS SO ORDERED.

Dated: **September 17, 2018**   /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE